1492

## CASE ANNOUNCEMENTS
*January 23, 2014*

[Cite as *01/23/2014 Case Announcements*, 2014-Ohio-186.]

## MOTION AND PROCEDURAL RULINGS

**In re Bozsik.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On January 14, 2014, Bozsik presented a motion with leave pursuant to S.Ct.Prac.R. 4.03(B) to commence the proffered complaint for writ of procedendo.

It is ordered by the court that the motion for leave to commence the complaint is denied.

**2013–0109.   State v. White.**
Lucas App. No. L–10–1194, 2013-Ohio-51. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.

Upon consideration of the motion of amicus curiae, National Fraternal Order of Police, to participate in oral argument scheduled for Wednesday, February 5, 2014, within the time allotted to appellee, Thomas Caine White, it is ordered by the court that the motion is granted and amicus curiae shall share the time allotted to appellee.